FILED

Mar 12 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ angelae          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. '13 CR0882 BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute (Felony) |
| JIMMY SANCHEZ (1), | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 10, 2013, within the Southern District of California, defendant JIMMY SANCHEZ, did knowingly and intentionally possess, with intent to distribute, approximately 20.54 kilograms (45.19 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 3-12-13 .

LAURA E. DUFFY
United States Attorney

D. BENJAMIN HOLLEY
Assistant U.S. Attorney

DBH:tld:San Diego
3/4/13