PROB 12B
(04/08)

April 21, 2014

pacts id: Client ID

Received in Chambers

APR 2 5 2014

Roger T. Benitez
U.S. District Judge

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA**

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jimmy Sanchez (English)                **Dkt No.:** 13CR00882-001-BEN

**Name of Sentencing Judicial Officer:** The Honorable Roger T. Benitez, U.S. District Judge

**Sentence:** Six months custody, three years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** June 24, 2013

**Date Supervised Release Commenced:** August 11, 2013

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor, or participation in a program administered by the probation office. The defendant may be required to contribute to the cost of the service rendered (copayment) in the amount to be determined by the program officer, based on the defendant's ability to pay.

### CAUSE

On January 25, 2014, Mr. Sanchez was arrested by Moreno Valley, California police officers, for violation of Section 182 of the California Penal Code, Conspiracy, and Section 11366.8 of the California Health and Safety Code, Hidden Compartment. This incident is summarized in the Riverside County Sheriff's Incident Report, File No. MV140250161, and the Criminal Case Report in the Superior Court of California, County of Riverside Case No. 201404128. The documents reveal that on January 25, 2014, Mr. Sanchez, was the passenger of a Chevrolet Blazer that was stopped for a routine traffic violation. While the officer's approached the front passenger door, they noticed Mr. Sanchez was covering his lap with a sweatshirt and, and was placing items down the front of his pants. The officers feared Mr. Sanchez was trying to conceal a weapon, and ordered Mr. Sanchez out of the vehicle at gun point. Mr. Sanchez was handcuffed without further incident. During a pat down search of Mr. Sanchez, officers found a large amount of U.S. currency (totaling $5,000) being held together by rubber bands in Mr. Sanchez' pant leg. Furthermore, a certified narcotic dog later alerted to the rear of the vehicle. Upon inspection, officers located an empty hidden compartment in the trunk of the vehicle. Both Mr. Sanchez and the driver of the vehicle refused to speak with officers post arrest. According to the Criminal Case Report in the Superior Court of California, County of Riverside Case No. 201404128, Mr. Sanchez was served with a forfeiture notice and has no further criminal proceedings scheduled.

It is noted, on March 6, 2014, Mr. Sanchez met with this officer to discuss the previously mentioned case. During the office visit, Mr. Sanchez provided a urine screen that tested positive for cannabinoids. On April 9, 2014, Mr. Sanchez admitted to this officer that he smoked marijuana with his cousin. He reported the last time he smoked marijuana was at the end of March. Mr. Sanchez also provided a positive screen for cannabinoids on April 17, 2014. Mr. Sanchez signed a District of California Southern Probation Office Admission/Denial Report, providing written documentation of the controlled substance use on March 6, 2014. Mr. Sanchez attributed his recent drug use to the stress of the new criminal charge.

Mr. Sanchez was verbally reprimanded for the poor decision to use a controlled substance, and for his new arrest. He was placed in the most restrictive phase of drug testing. Furthermore, we are requesting Mr.

PROB12B

Name of Offender: Jimmy Sanchez

Docket No.: 13CR00882-001-BEN

April 21, 2014

Page 2

Sanchez' conditions be modified, with the aforementioned condition. The condition will allow the probation office to enroll Mr. Sanchez in weekly outpatient Cognitive Behavioral Therapy classes with our office. The modification was discussed and Mr. Sanchez agreed as evidenced by his signature on the Waiver of Hearing to Modify Conditions of Supervised Release form adding the aforementioned condition.

Respectfully submitted:

by _____

Jason Crawford
U.S. Probation Officer
(619)409-5125

Reviewed and approved:

_____

Jennifer Walker
Supervising U.S. Probation Officer

Attachments: _____

**THE COURT ORDERS:**

___✔___  The Modification of Conditions as Noted Above

_____  Other _____

_____

The Honorable Roger T. Benitez
U.S. District Judge

5/1/14
Date