# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Jimmy Sanchez,<br>Defendant. | Case No. 13-CR-882-BTM<br><br>Order Releasing Supervised Release Records Maintained by U.S. Probation in the Southern District of California to defendant Jimmy Sanchez' Attorneys of Record in the Southern District of Florida (case 24-CR-20264-BB). |

**GOOD CAUSE APPEARING**, it is hereby ordered that the following supervision records maintained by United States Probation in the Southern District of California for defendant Jimmy Sanchez be released to his attorneys of record in the United States District Court for the Southern District of Florida in case number 24-CR-20264-BB.

1. The Pre-Sentence Report.
2. Prob12A(C) signed by Judge Benitez on July 15, 2015.
3. Prob12A(DAP) signed by Judge Benitez on April 29, 2015
4. Prob12A signed by Judge Benitez on October 30, 2014.
5. Prob12A(DAP) signed by Judge Benitez on September 19, 2014.
6. Prob 12A(DAP) signed by Judge Benitez on July 23, 2014.
7. Prob12B signed by Judge Benitez on May 1, 2014.
8. Prob12A(DAP) signed by Judge Benitez on July 15, 2015.
9. R&M Appliance Inc. paystub dated January 21, 2016; and January 7, 2016.
10. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 02/01/2016 to 02/29/2016.

13-CR-882-BTM

1

11. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 01/01/2016 to 01/31/2016.

12. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 12/01/2015 to 12/31/2015.

13. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 11/01/2015 to 11/30/2015.

14. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 10/01/2015 to 10/31/2015.

15. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 09/01/2015 to 09/30/2015.

16. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 08/01/2015 to 08/31/2015.

17. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 07/01/2015 to 07/31/2015.

18. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 06/01/2015 to 06/30/2015.

19. Monthly Treatment Report for Chula Vista Substance Abuse for client services from 05/01/2015 to 05/31/2015.

20. Prob. Form 45 dated 04/10/14 (showing his enrollment in the CBT program).

21. Prob. Form 45 dated 08/14/14 (showing his termination/ successful completion of the CBT program)


**IT IS FURTHER ORDERED** that the release of the above material is authorized on the condition that it not be used for any purpose other than defending the Florida capital case and it not be disseminated to anyone other than the defense counsel or mitigation experts and investigators in the Florida case.

**IT IS FURTHER ORDERED** that the supervision records are ordered to be provided electronically via email by United States Probation to his attorneys of record in case number 24-CR-20264-BB in the Southern District of Florida, including:

Christian Scott Dunham

Email: christian_dunham@fd.org

13-CR-882-BTM

2

Abigail Emily Becker
Email: abigail_becker@fd.org

Eric Martin Cohen
Email: eric_cohen@fd.org

Federal Public Defender's Office
150 West Flagler Street, Ste. 1700
Miami, FL 33130
305 530-7000
Fax: 305 536-4559

  **IT IS SO ORDERED**.

Date: August 14, 2025   _____

           Honorable Barry Ted Moskowitz
           U.S. District Judge

13-CR-882-BTM